No. 10-8675. Carlton Paul Bacon, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.

563 U.S. 908, 131 S. Ct. 1809, 179 L. Ed. 2d 663, 2011 U.S. LEXIS 2510.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-8677. Michael Singleton, Petitioner v. South Carolina.

563 U.S. 908, 131 S. Ct. 1793, 179 L. Ed. 2d 663, 2011 U.S. LEXIS 2554.

March 28, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

No. 10-8679. Robert Rameses, Petitioner v. Scott Kernan, Warden, et al.

563 U.S. 909, 131 S. Ct. 1793, 179 L. Ed. 2d 663, 2011 U.S. LEXIS 2538, █

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 377 Fed. Appx. 593.

No. 10-8684. Nabryan Marshall, Petitioner v. Kentucky.

563 U.S. 909, 131 S. Ct. 1793, 179 L. Ed. 2d 663, 2011 U.S. LEXIS 2462.

March 28, 2011. Petition for writ of certiorari to the Supreme Court of Kentucky denied.

Same case below, 319 S.W.3d 352.

No. 10-8686. Jeremiah Busby, Petitioner v. Illinois.

563 U.S. 909, 131 S. Ct. 1794, 179 L. Ed. 2d 663, 2011 U.S. LEXIS 2457.

March 28, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 397 Ill. App. 3d 1106, 370 Ill. Dec. 465, 988 N.E.2d 241.

No. 10-8690. Christopher J. DeSavage, Petitioner v. Ray Lawler, Superintendent, State Correctional Institution at Huntingdon, et al.

563 U.S. 909, 131 S. Ct. 1794, 179 L. Ed. 2d 663, 2011 U.S. LEXIS 2420.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-8691. Billy Driver, Petitioner v. Tim V. Virga, Acting Warden, et al.

563 U.S. 909, 131 S. Ct. 1794, 179 L. Ed. 2d 663, 2011 U.S. LEXIS 2430, █

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 395 Fed. Appx. 392.

No. 10-8692. Donald R. Dickerson, Petitioner v. Burl Cain, Warden.

563 U.S. 909, 131 S. Ct. 1794, 179 L. Ed. 2d 663, 2011 U.S. LEXIS 2506.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.